**Opinion issued December 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00428-CV

———————————

**ANGELICA ALVAREZ AND BLOCK, INC., Appellants**

**V.**

**HS&D LLC, Appellee**

---

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2022-65488

---

## MEMORANDUM OPINION

The filing fee has not been paid. On July 11, 2023, the Court notified the parties that the filing fee had not been paid and that the appeal might be dismissed for nonpayment. On October 6, 2023, the clerk's record was filed and it does not contain a statement of inability to afford payment of court costs. Appellants have

neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that the appeal was subject to dismissal, appellants failed to respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.